# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Suhaib Ali Mohamed,

        Petitioner(s),

v.                                                  Case Number: 26-cv-13 JWB/DJF

Kristi Noem, Todd M. Lyons, Peter Berg,
Samuel J. Olson and Joel Brott,

        Respondent(s).

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Suhaib M.'s petition for a writ of habeas corpus (Doc. No. 1) is **GRANTED**.

2. Respondents shall immediately release Petitioner from custody, subject to the conditions of his September 7, 2022 Order of Release on Recognizance.

3. Respondents shall confirm Petitioner's release within 48 hours from the date of this Order.

4. Respondents may not re-detain Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.

5. Petitioner's other claims are not reached.

Date: 1/13/2026                                                                                      KATE M. FOGARTY, CLERK